**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
4161 N. Thanksgiving Way, Suite 300
Lehi, UT 84043
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY,<br><br>          Plaintiff,<br>vs.<br><br>MYOBY, LLC, a Delaware Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>          Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br>Case No. 2:17-CV-147<br><br>Magistrate Judge Evelyn J. Furse |

Plaintiff Pamela Whitney and Defendant Myoby, LLC (collectively, the "Parties"), by and through undersigned counsel, stipulate and jointly move the Court for an order dismissing this action with prejudice. The Parties have resolved their dispute and agree that this matter should be dismissed with prejudice. A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

STIPULATED the 9th day of May, 2017

                                                        FORD & CRANE PLLC

                                                        *s/*     Matthew B. Crane  
                                                        Matthew B. Crane  
                                                        *Attorneys for Plaintiff*

STIPULATED the 9th day of May, 2017

                                                       ANTCZAK POLICH LAW LLC

                                                        *s/*     Barbara K. Polich  
                                                        Barbara K. Polich  
                                                        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on the 9th day of May, 2017, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/    Matthew B. Crane
Matthew B. Crane